# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Steven Larimore, Clerk Of Court**
**299 E. Broward Blvd., Room 108**
**Ft. Lauderdale, FL 33301**
**(954) 769-5400**

**Date: 1-24-12**

TO: U.S. District Court
    Office of the Clerk
    300 State Street
    Room 1-120
    Springfield, MA 01105
RE: USA V Michael Zanetti
Our Case No.   12-6014-LSS

Your Case No. 11-30017-MAO

Dear Fellow Clerk:

Please find enclosed our original Magistrate file and a copy of the docket sheet which is being transferred to your jurisdiction pursuant to an Order of Removal (Rule 5). Any cash bond which may have been posted will be forwarded at a later date from the Financial Section of this District. If you have any questions concerning the financial aspect of the bond, please call our financial section in Miami at (305) 523-5050.

Please acknowledge receipt on the copy of this letter.

Respectfully,

STEVEN LARIMORE
CLERK OF COURT

by: _____
    Deputy Clerk

Receipt acknowledged by:_____

    Print Name: _____